An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARINA M. CALOVE, AN
INDIVIDUAL,

Appellant,

vs.

NATIONSTAR MORTGAGE, LLC,

Respondent.

No. 69014

**FILED**

NOV 0 5 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order granting summary judgment in a foreclosure action. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it was filed more than thirty days after service of written notice of entry of the judgment. *See* NRAP 4(a)(1); NRAP 26(c). The judgment was entered October 10, 2014; written notice of entry was served by mail on appellant on October 10, 2014. Appellant filed her notice of appeal on October 14, 2015, well after the expiration of the 30-day period provided in NRAP 4(a)(1). Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15-33809

cc: Hon. Ronald J. Israel, District Judge
Marina M. Calove
Wright, Finlay & Zak, LLP/Las Vegas
Eighth District Court Clerk